# United States District Court
# For The Western District of North Carolina
# Charlotte Division

MICHAEL J. WALLACE,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07CV456-1-W
3:05CR12-W

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2007 Order.

Signed: October 31, 2007

Frank G. Johns, Clerk
United States District Court